IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF WISCONSIN

---

SAMANTHA MARIE EDWARDS,

Plaintiff,

v.

25-cv-00626-jdp

FRANK BISIGNANO,
Commissioner of Social Security

Defendant.

---

Plaintiff has filed an unopposed motion for attorney's fees and costs under the Equal Access to Justice Act (EAJA), 28 U.S.C. § 2412. Dkt. 9; Dkt. 12.

Plaintiff is awarded $1,295.61 (one thousand two hundred ninety-five dollars and sixty-one cents) for attorney fees and expenses in full satisfaction of any and all claims that may be payable to plaintiff in this matter under the Equal Access to Justice Act (EAJA), 28 U.S.C. § 2412.

Any fees paid belong to plaintiff and not plaintiff's attorney and can be offset to satisfy any pre-existing debt that the litigant owes the United States. *Astrue v. Ratliff*, 560 U.S. 586 (2010). If defendant can verify that plaintiff does not owe a pre-existing debt to the government subject to the offset, defendant will direct that the award be made payable to **Howard Olinsky** pursuant to the EAJA assignment duly signed by plaintiff. If payment is mailed, as compared to electronically deposited, it shall be mailed to counsel's address of record: **250 South Clinton Street, Suite 210, Syracuse, NY 13202**

ORDER

IT IS ORDERED that:

1. Plaintiff's motion for attorney fees in the amount of $ 1,295.61, Dkt. 9, is GRANTED

Entered October 9, 2026.

BY THE COURT:

JAMES D. PETERSON
District Judge